**James A. Collura, Jr.**
Partner
Email: jcollura@bradley.com
Direct: (713) 576-0303
Facsimile: (713) 576-0301
Admitted in Texas and Georgia



RECEIVED
JUN 19 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# Bradley

June 18, 2018

U.S. District Clerk's Office
Western District of Texas
111 East Broadway, Room L100
Del Rio, Texas 78840

Re:   C.A. No. 18-41-AM-VRG; *Christian Martinez, et al. v. Pfizer, Inc., et al*;
In the United States District Court for the Western District of Texas,
Del Rio Division

Dear Sir/Madam:

Pursuant to your request, since Defendants Pfizer, Inc., Hospira, Inc., Hospira Worldwide, Inc., and Horpira Worldwide, LLC's Notice of Removal [1] was over 100 pages, enclosed please find a hard copy of our filed Notice of Removal for the Court.

Sincerely,

Donna Keaton
Legal Assistant to James A. Collura, Jr

enclosure

Bradley Arant Boult Cummings LLP | 600 Travis Street, Suite 4800 | Houston, TX 77002-3009 | 713.576.0300 | bradley.com